FILED

NOV 12 2019

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patrick O. Christian, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-3102 (UNA) |
| Donald J. Trump *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), which requires the Court to dismiss a complaint upon determining that it, among other enumerated grounds, is frivolous.

Plaintiff has sued President Donald Trump and United States Senator Mark Warner. He alleges that both defendants abused their authority and obstructed justice by "knowingly interfering with the Judicial Process [and] caused the Justices to violate their Canonical responsibilities." Civil Rights Compl. ¶ 1. According to plaintiff, defendants "told both the Eastern District and 4th Circuit Appeals, United States Courts' Justices to 'Dismiss'" his "Civil Complaints and Informal Briefs stating, 'we can't let a nigger have that much money', 'he can't have his cake and eat it too', and 'I want to cover it up[.]'" Compl. ¶ 2. Plaintiff admits that he is "unable to confirm this, but according to the Clerks Offices, Sarah Palin, Ricki Lake, and Cheryl Christian these are accurate statements." *Id.* He concludes that he "know[s] the cases were dismissed despite evidence of wrongdoing provided in exhibits." *Id.* Plaintiff seeks "$2.2 Billion of U.S. Currency in damages." *Id.* ¶ 4.

1

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court may dismiss claims that are "essentially fictitious"-- for example, where they suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted)); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind.").

The instant complaint against the President of the United States and a United States Senator--neither having any apparent connection to the alleged court proceedings--satisfies the foregoing standard. The Court foresees no possibility of a cure; consequently, this case will be dismissed with prejudice. *See Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (A dismissal with prejudice is warranted upon determining "that 'the allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency.'") (quoting *Jarrell v. United States Postal Serv.*, 753 F.2d 1088, 1091 (D.C. Cir. 1985) (other citation omitted)). A separate order accompanies this Memorandum Opinion.

United States District Judge

Date: November 8, 2019

2